UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-389-MOC
(3:13-cr-8-MOC-1)

| | | |
|---|---|---|
| OTIS STEFFON JOHNSON, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court upon Respondent's unopposed Motion to Place Motion Under 28 U.S.C. § 2255 in Abeyance. (Doc. No. 4.) Having considered the Motion and reviewed the pleadings, the Court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that Respondent's Motion to Place Motion Under 28 U.S.C. § 2255 in Abeyance (Doc. No. 4) is **GRANTED**, and this matter is **HELD** in abeyance pending issuance of a decision by the United States Supreme Court in <u>Beckles v. United States</u>, No. 15-8455. After issuance of such decision, Respondent shall have 60 days to Answer or otherwise respond.

Signed: November 8, 2016



Max O. Cogburn Jr.
United States District Judge